```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATIE BRAIN, Individually and for Others Similarly Situated,

        Plaintiff,

-v-

THE EXECU | SEARCH GROUP, LLC,

        Defendant.

Case No.: 22 cv 8219

**~~PROPOSED~~ ORDER FOR WITHDRAWAL OF LIRAN MESSINGER**

**PLEASE TAKE NOTICE**, that pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Little Mendelson, P.C., hereby respectfully moves to withdraw the appearance of Liran Messinger as one of the attorneys of record for defendant in the above captioned proceeding. Ms. Messinger is no longer with the firm of Littler Mendelson, P.C. Defendant continues to be represented by A. Michael Weber, Eli Z. Freedberg and Paul R. Piccigallo.

Wherefore, the undersigned respectfully requests that Defendant be granted their request to withdraw the appearance of Liran Messinger in this matter.

Date: July 13, 2023
New York, New York

        */s/ Paul R. Piccigallo*
        Paul R. Piccigallo
        A. Michael Weber
        Eli Z. Freedberg
        LITTLER MENDELSON, P.C.
        900 Third Avenue
        New York, NY 10022
        *Attorneys for Defendants*

SO ORDERED: */s/ Mary Kay Vyskocil*           Dated: 7/13/2023
~~Barbara C. Moses, U.S.M.J.~~
Hon. Mary Kay Vyskocil
United States District Judge