```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATIE BRAIN, *individually and for others similarly situated*,

      Plaintiff,

-against-

THE EXECU-SEARCH GROUP, LLC,

      Defendant.

1:22-cv-8219 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' joint submission in advance of the telephonic Initial Pretrial Conference scheduled for April 26, 2024 at 11:00 AM. The Court's Notice of Initial Pretrial Conference directed the parties to file "a Joint Letter and Proposed Case Management Plan, as described in the Court's Individual Rules of Practice in Civil Cases." [ECF No. 52]. However, the parties filed a single submission that includes *within* the joint letter the information outlined in the Court's model Civil Case Management Plan and Scheduling Order. Accordingly, the parties are HEREBY ORDERED to file a proper proposed Civil Case Management Plan and Scheduling Order, in the form available on the Court's website, no later than April 24, 2024.

**SO ORDERED.**

Date: **April 22, 2024**
   **New York, NY**

          _____
          **MARY KAY VYSKOCIL**
          **United States District Judge**