

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/2024

Littler Mendelson P.C.
900 Third Avenue
New York, NY  10022

Eli Z. Freedberg
Attorney at Law
212.583.9600 main
212.583.2685 direct
EFreedberg@littler.com

June 5, 2024

**Via ECF**

Hon. Mary Kay Vyskocil
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    **Brain v. The Execu-Search Group, LLC**
       **Case No. 22-cv-08219**

Dear Judge Vyskocil:

Pursuant to Your Honor's Individual Rules and Practices, Plaintiff Katie Brain and Defendant The Execu-Search Group, LLC, hereby submit the following joint letter to provide a brief update and request a stay of discovery and all deadlines pending settlement efforts.

In accordance with the case management plan and scheduling order (ECF Nos. 58, 59) the parties have commenced discovery and exchanged initial disclosures and requests for interrogatories, production, and admissions. In addition, the Parties have commenced settlement negotiations and they both believe that they can enhance the chances of settlement by retaining an experienced wage and hour mediator. Pending the mediator's availability, the parties would like to schedule the mediation session within the next 60 days. In order to conserve the parties' resources, the parties jointly request a stay of this action for 60 days to allow for the completion of the mediation process. Pursuant to the stay, the Parties agree to toll the statute of limitations for several individuals who the parties have discussed may be part of the Putative Collective[1]. The tolling agreement would expire within seven days of the mediation, should the mediation fail to yield a resolution. If the Parties continue negotiations after an unsuccessful mediation, the Parties may elect to extend the tolling period by mutual agreement. Should the Court grant the application, the parties will promptly inform the court about the status of the action following the conclusion of the mediation session.

---

[1] Those individuals include: Casey Peacock, Clayton Royer, Kassandra Espinosa, Kelly Pizoli, Lauren Podest, Leslie Wade, Paige Honeycutt, Eva Leslie, William Buteau, Anisa Ahmed, Caitlin Cowan, Kerri Puckhaber, Riley Jane Ban, Spencer Gallant,  Kurtis Waldeck, Caroline Duffy,  Gebrielle Dorman, Christina Horton, and  McLaughlin, Cathryn.

littler.com

Honorable Mary Kay Vyskocil
June 5, 2024
Page 2

Thank you for Your Honor's consideration and attention to this matter.

Respectfully submitted,

| | |
|---|---|
| By: */s/Alyssa White* | */s/ Eli Z. Freedberg* |
| Andrew W. Dunlap | A. Michael Weber |
| Texas Bar No. 24078444 | Eli Z. Freedberg |
| Alyssa White | Paul Piccigallo |
| Texas Bar No. 24073014 | Roya Aghanori |
| **JOSEPHSON DUNLAP LAW FIRM** | **LITTLER MENDELSON, P.C**. |
| 11 Greenway Plaza, Suite 3050 | 900 Third Avenue |
| Houston, Texas 77046 | New York, NY 10022.3298 |
| 713-352-1100 – Telephone | (212) 583-9600 |
| 713-352-3300 – Facsimile | |
| | |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

---

**GRANTED. The parties are DIRECTED to submit a joint letter advising the Court of the status, but not the substance, of settlement efforts (including the date of any scheduled mediation session) by July 3, 2024. SO ORDERED.**

Date: 6/5/2024
New York, New York

*[signature]*
Mary Kay Vyskocil
United States District Judge